UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

# CIVIL MINUTES - GENERAL

| Case No. | CV 17-8429 PSG (AFMx) <br> CV 17-5968 PSG (AFMx) | Date | January 9, 2018 |
|---|---|---|---|
| Title | Grant & Eisenhofer, P.A. v. Reuben A. Guttman et al. <br> Grant & Eisenhofer, P.A. v. Beverly Brown et al. | | |

Present: The Honorable  Philip S. Gutierrez, United States District Judge

| Wendy Hernandez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings (In Chambers):** Order CONSOLIDATING case with related action

  Before the Court is a joint stipulation to consolidate this case, *Grant & Eisenhofer, P.A. v. Reuben A. Guttman et al.*, CV 17-8429 PSG (AFMx), with a related action, *Grant & Eisenhofer, P.A. v. Beverly Brown et al.*, CV 17-5968 PSG (AFMx). *See* CV 17-8429 PSG (AFMx), Dkt. # 40.

  It is thus hereby ordered that CV 17-8429 PSG (AFMx) is consolidated with CV 17-5968 PSG (AFMx) for all further proceedings. For ease of record keeping, the Court orders that all further documents and proceedings be filed under case number CV 17-5968 PSG (AFMx) only, and that case number CV 17-8429 PSG (AFMx) be closed.

  A special motion to strike filed by Defendants Reuben A. Guttman and Guttman, Buschner & Brooks, PLLC ("Defendants") is currently pending. *See* CV 17-8429 PSG (AFMx), Dkt. # 16. The current deadline for Plaintiff Grant & Eisenhofer, P.A. ("Plaintiff") to respond to Defendants' motion, set for December 28, 2017, is hereby vacated. Defendants should refile this motion under CV 17-5968 PSG (AFMx).

  **IT IS SO ORDERED.**